FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 MAY 17 A 11: 21

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No.1:19MJ 241 |
| ) | (Class B Petty) |
| v. ) | Initial Appearance: June 11, 2019 |
| ) | |
| MARNI JEAN SHAPIRO, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION
(Count 1 – Class B Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, MARNI JEAN SHAPIRO, did unlawfully operate a motor vehicle while her alcohol concentration was .08 grams or more of alcohol per 100 milliliters of blood.

(Violation of Title 36, Code of Federal Regulations, Section 4.23(a)(2)).

(Count 2 - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 1, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, MARNI JEAN SHAPIRO, did unlawfully operate a motor vehicle while under the influence of intoxicating liquor or drugs, to a degree that rendered her incapable of safe operation of a motor vehicle.

(Violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

(Count 3 - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 1, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, MARNI JEAN SHAPIRO, did unlawfully fail to maintain that degree of control of a motor vehicle necessary to avoid danger to person, property or wildlife.

(Violation of Title 36, Code of Federal Regulations, Section 4.22(b)(3)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
William Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3728
Fax: (703)-299-3980
William.fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on 17th day of May, 2019.

_____
William Fitzpatrick
Assistant United States Attorney