IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 1: 19mj 241 |
| MARNI JEAN SHAPIRO | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I, Eric Tam, being duly sworn, hereby depose and state:

1. I am currently employed by the United States Park Police and have been for over (22) twenty-two years. During this period of time, I have received training in the enforcement of various Federal, state and local laws and regulations.

2. This affidavit is in support of probable cause for a summons to be issued for MARNI JEAN SHAPIRO. This affidavit is based upon information provided to me by other law enforcement officials, including Officer Lisa Marie Weisbaum, a duly appointed federal police officer with the United States Park Police, since January 2005. All observations referenced below that were not personally made by your affiant were either relayed directly to your affiant by the persons who made such observations or, by those who corroborated such information, and/or derived from reports reviewed by your affiant.

3. On Friday, March 1, 2019, at 1957 hours, Officer M. Alto was dispatched to Southbound George Washington Memorial Parkway at Belle Haven Road for the report of a single motor vehicle crash. Once on scene, Officer Alto observed a red Honda Accord facing the wrong way in the southbound lanes, occupied by one female in the driver's seat. The female was trapped within the passenger compartment of the red Honda. The solo occupant was identified as MARNI JEAN SHAPIRO. Fairfax Fire & Rescue responded to the scene, extricated and transported SHAPIRO to Fairfax INOVA Hospital with unknown potential life threating injuries.

4. Both Officer Hafner and Detective Pettett responded to Fairfax INOVA Hospital for follow up. It was determined by medical staff on duty that SHAPIRO's injuries during the crash were not life threating. Detective Pettett spoke with SHAPIRO, who stated that she had gone to a work event in DC at approximately 1800 hours. She consumed approximately (4) four drinks (glasses of white wine) while at a Lombardi Hotel event from 1800 to 1915 hours. She left the event to retrieve her car at the area of 1919 Pennsylvania Avenue and began driving home. She did not recall the crash specifically, only driving southbound on the parkway and being in the ambulance post-crash.

5. Officer Hafner explained the blood draw process and at approximately 2150 hours, SHAPIRO gave a signed consent for the blood draw. Officer Hafner witnessed the blood draw of MARNI JEAN SHAPIRO on March 1, 2019, at 2201 hours at Fairfax INOVA Hospital. SHAPRIO was released after examination by medical personnel. Officer Hafner took custody of the blood kit, completing the paperwork, and submission for processing. The toxicology report dated April 19, 2019, revealed that SHAPIRO's blood alcohol content was 0.10 g/100 ML ethanol. SHAPIRO's BAC was over the legal limit of 0.08.

6. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about March 1, 2019, on the George Washington Memorial Parkway at Belle Haven Road, in the Eastern District of Virginia, MARNI JEAN SHAPIRO, did unlawfully operate a motor vehicle under the influence of intoxicating liquor or drugs, in violation of Title 36 Code of Federal Regulations, Section 4.23 (a)(1), did operate a motor vehicle while her alcohol concentration was .08 grams or more of alcohol per 100 milliliters of blood, in violation of Title 36 Code of Federal Regulations, Section 4.23(a)(2), and did fail to maintain that degree of a motor vehicle necessary to avoid danger to person, property or wildlife, in violation of Title 36 Code of Federal Regulations, Section 4.22(b)(3).

Eric Tam, Sergeant

United States Park Police

Sworn to and subscribed before

me this 8th day of May 2019

Notary Public for Commonwealth of Virginia

Jennie B. Miller

My Commission expires: 6/30/2020

Alexandria, Virginia